1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    ERIK A. SLEVELAND, an individual,        Case No. C25-1043RSM

9                Plaintiff,                   ORDER GRANTING UNOPPOSED
                                              MOTION FOR LEAVE TO AMEND
10              v.                            COMPLAINT

11
12   AMERICAN FAMILY MUTUAL
     INSURANCE COMPANY, S.I.,

13              Defendant.
14

15          This matter comes before the Court on Plaintiff's Motion for Leave to Amend

16   Complaint, Dkt. #11.  Defendant does not oppose this Motion.  *See* Dkt. #14.  This is Plaintiff's

17   first motion to amend.  The Court finds good cause to permit the amendment.

18          Having reviewed the relevant briefing and the remainder of the record, the Court hereby

19   finds and ORDERS that Plaintiff's Motion for Leave to Amend Complaint, Dkt. #11, is

20   GRANTED.  Plaintiff is DIRECTED to file the amended complaint, attached to his Motion,

21   immediately.

22          DATED this 4th day of August, 2025.

23
24
25
26
27                                  RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE
28

ORDER - 1