UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIK A SLEVELAND,

Plaintiff,

vs.

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, S.I.,

Defendant.

NO. 2:25-cv-01043-RSM

**ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

THIS MATTER came on regularly before the Court on the parties' Joint Motion for Voluntary Dismissal (Nonsuit) of claims by Plaintiff Erik A. Sleveland, the Court having reviewed the joint Motion, and being fully advised in the premises it is hereby ORDERED that the Motion is GRANTED and the claims asserted by Plaintiff in this matter are dismissed without prejudice and without costs or fees to any party.

DATED this 23rd day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR
VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 1